# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| | : | |
| v. | : | No. 3:20-CR-36-CAR-CHW-3 |
| | : | |
| | : | |
| **ASHLEY WRIGHT,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER ON REPORT AND RECOMMENDATION

Before the Court is the United States Magistrate Judge's Recommendation that Defendant Ashley Wright's Motion for credit for time served [Doc. 305] be dismissed. Defendant did not file an objection to the Report and Recommendation, and the time in which to do so has expired. Having considered the Report and Recommendation, the Court agrees with the findings and conclusions of the United States Magistrate Judge. Accordingly, the Recommendation [Doc. 306] is hereby **ADOPTED** and **MADE THE ORDER OF THE COURT**. Defendant's Motion [Doc. 305] is **DISMISSED**.

**SO ORDERED,** this 13th day of June, 2023.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT